IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-1297 |
| | ) | |
| v. | ) | |
| | ) | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 20-INCH GAS TRANSMISSION PIPELINE ACROSS PROPERTIES IN WASHINGTON COUNTY AND ALLEGHENY COUNTY, PENNSYLVANIA, OWNED BY MCC INTERNATIONAL, INC. (PARCEL ID 140-006-00-00-0080-03), MICHAEL AND CANDICE BOBROWSKI (PARCEL ID 584-C-43), ROBERT AND ELIZABETH COWDEN (PARCEL ID 140-008-00-00-0005-00 and 140-006-00-00-0075-00), CECYLE KLAPHAKE, TRUSTEE OF THE WILLIAM KLAPHAKE AND CECYLE KLAPHAKE REVOCABLE LIVING TRUST (PARCEL ID 140-006-00-00-0025-00), DANIEL AND DEBORAH ROBINSON (PARCEL ID 584-G-00004), ROBERT AND AUDREY WEISS (PARCEL ID 586-B-4), PATRICK SCHEIDER (PARCEL ID 140-006-00-00-0024-00), WEST PENN POWER (PARCEL ID 140-006-00-00-0080-03, 140-006-00-00-0079-00, 140-006-00-00-0075-00, and 140-005-00-00-0014-04), CROWN ATLANTIC COMPANY, LLC (PARCEL ID 140-006-00-00-0025-00), and UNKNOWN PERSONS AND INTERESTED PARTIES, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Cecyle Klaphake, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Order granting Plaintiff's *Renewed Motion for Partial Summary Judgment and Immediate Access and Possession of Easements on Property Owned by Cecyle Klaphake, Trustee of the William*

*Klaphake and Cecyle Klaphake Revocable Living Trust*, which was entered in this action on the 8th day of May, 2018.

Dated: June 7, 2018

          Respectfully submitted,

          Cafardi Ferguson Wyrick Weis + Stotler llc

          By:    */s/ Steven E. Gibbs*
                     Steven E. Gibbs
                     PA I.D. No. 314894

                     2605 Nicholson Road
                     Suite 2201
                     Sewickley, PA 15143
                     Tel: (412) 515-8900
                     Fax: (412) 515-8901
                     sgibbs@cfwws.com

          *Counsel for Cecyle Klaphake*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7$^h$ day of June, 2018, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

June 7, 2018                                    */s/ Steven E. Gibbs*
                                                                                  Steven E. Gibbs