IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, )<br>                Plaintiff, )<br>                )<br>vs )<br>                )<br>AN EASEMENT TO CONSTRUCT, OPERATE )<br>AND MAINAIN A 20-INCH GAS )<br>TRANSMISSION PIPELINE ACROSS )<br>PROPERTIES IN WASHINGTON AND )<br>ALLEGHENY COUNTY, PENNSYLVANIA, )<br>et al., )<br>              Defendants. ) | Civil Action No. 17-1297 |

HEARING ON TELEPHONE STATUS CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiff:
Nicole R. Snyder Bagnell
Thomas J. Galligan

Appearing for Cecyle Klaphake, Trustee:
Steven E. Gibbs

Appearing for Robert J. Weiss:
No appearance

Appearing for Patrick Scheider:
Christopher J. Hasselhoff

Hearing begun: 4-8-19 at 1:30 p.m.

Hearing concluded: 1:40 p.m.

Stenographer: none

OUTCOME

1. Upon the representation of counsel that the claims against Robert Weiss have settled, the motion for summary judgment filed by Plaintiff (ECF No. 104) is withdrawn.
2. Case on hold pending decision of Third Circuit on appeal of Cecyle Klaphake