IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC,<br>   Plaintiff, | )<br>)<br>) |
| vs. | )  Civil Action No. 17-1297<br>) |
| AN EASEMENT TO CONSTRUCT, OPERATE<br>AND MAINTAIN A 20-INCH GAS<br>TRANSMISSION PIPELINE ACROSS<br>PROPERTIES IN WASHINGTON COUNTY<br>AND ALLEGHENY COUNTY, PA., OWNED<br>BY MCC INTERNATIONAL, INC., et al.,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

AND NOW, this 15th day of July, 2019, IT IS HEREBY ORDERED that:

Counsel for Defendants Robert A. Cowden, Sr. and Elizabeth Cowden shall notify the Court no later than July 19, 2019 whether a settlement agreement with Plaintiff has been finalized.

Counsel for Defendant Patrick Scheider shall notify the Court no later than July 23, 2019 whether a settlement agreement with Plaintiff has been finalized.

Counsel for Defendant Robert J. Weiss shall notify the Court by July 29, 2019 whether a settlement agreement with Plaintiff has been finalized. In the event that a settlement agreement between Plaintiff and Defendant Weiss is not finalized by that date, Defendant Weiss shall file a response to Plaintiff's Motion for Summary Judgment (ECF No. 104) no later than August 5, 2019.

                _____
                Patricia L. Dodge
                United States Magistrate Judge